Maria BONILLA, Relator,

v.

DAKOTA PREMIUM FOODS and ACE USA/ESIS, Respondents,

Center for Diagnostic Imaging, Ingco International, Inc., Injured Workers Pharmacy, Novacare Rehabilitation, Summit Orthopedics, and West Side Community Health Services, Intervenors.

No. A15–0233.

Supreme Court of Minnesota.

Nov. 25, 2015.

Vincent A. Petersen, Law Offices of Donald F. Noack, Mound, MN, for relator.

Howard Y. Held, Lisa N. Truitt, Fitch, Johnson, Larson & Held, P.A., Minneapolis, MN, for respondents.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on January 6, 2015, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/_____

G. Barry Anderson
Associate Justice